:90 So.2d 926

**William L. ALLISON et al.**

v.

**Willie Mae RUSHIN, Ex'x.**

**2 Div. 369.**

Supreme Court of Alabama.

Aug. 14, 1956.

Wm. L. Allison and R. B. Jones, Birmingham, for appellants.

Wm. E. Brobston, Bessemer, for appellee.

PER CURIAM.

Appeal dismissed. Rule 12.

:93 So.2d 796

**Moses ARTHUR**

v.

**STATE.**

**2 Div. 372.**

Supreme Court of Alabama.

March 21, 1957.

Graham Kirkpatrick, Selma, for petitioner.

John Patterson, Atty. Gen., Bernard F. Sykes, Asst. Atty. Gen., and Chas. B. Bailey, Jr., Livingston, of counsel, opposed.

LIVINGSTON, Chief Justice.

Petition of Moses Arthur for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Arthur v. State, 93 So.2d 793.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.

93 So.2d 811

**Ex parte Irene D. BRANYON.**

**8 Div. 892.**

Supreme Court of Alabama.

Jan. 23, 1957.

Howell T. Heflin, Tuscumbia, for petitioner.

PER CURIAM.

Writ denied, petition dismissed:

LIVINGSTON, C. J., and SIMPSON, GOODWYN and COLEMAN, JJ., concur.